UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JIMMIE E. GODFREY, JR.,<br>      Plaintiff,<br><br>   v.<br><br>DISTINCTIVE DESIGN and<br>EDWARD SLOOP,<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-330-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court DISMISSES plaintiffs federal claims for lack of subject-matter jurisdiction. The court DISMISSES any state-law claims WITHOUT PREJUDICE. The clerk shall close the case and mail a copy of this order to plaintiff at his current place of incarceration.

SO ORDERED. This 16th day of February, 2016.

**This Judgment Filed and Entered on February 16, 2016, and Copies To:**

Jimmie E. Godfrey, Jr.　　(Sent to Lumberton Correctional Institution, P.O. Box 1649, Lumberton, NC 28359-1649 )

DATE:　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK
February 16, 2016　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　Deputy Clerk